## Commonwealth *v.* Halloway, Appellant.

Submitted March 18, 1974. *Joel Feldscher,* and *Kates, Livesey & Edelstein,* for appellant; *David Richman* and *James Garrett,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hawkins, Appellant.

Argued March 19, 1974. *C. George Milner,* for appellant; *James J. Wilson,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.